1  Dennis Moore (SBN 241012)
2  Jasmine Pico (SBN 247347)
   Moore & Pico
3  7828 Haven Ave, Suite 212
4  Rancho Cucamonga, CA 91730
   Tel.  (909) 906-1010
5  Fax:  (909) 906-1020
6  E-mail: attorneydhm@gmail.com

7  Attorneys for Plaintiff, Robin Hoffman

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

JUN 19, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA –
# EASTERN DIVISION

| | |
|---|---|
| ROBIN L. HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; LAW OFFICES OF LES ZIEVE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; AND DOES 1 THROUGH 10,<br><br>Defendants | CASE NO: 5:17-cv-1511-VAP-KK<br>Hon.: Virginia A. Phillips<br><br>**(PROPOSED) ORDER: RE: DISMISSAL WITH PREJUDICE** |

MEDIATION STATEMENT

Pursuant to the stipulation to dismiss the above-entitled case with prejudice entered between the parties, the above entitled court orders this case dismissed with prejudice.

IT IS SO ORDERED the above-entitled case is dismissed with prejudice. Each party bears their own costs of suit and attorney fees.

Dated: June 19, 2018

_Virginia A. Phillips_
Honorable Virginia Phillips
Chief United States District Judge